Rebecca A. LAWHORN, Appellant,

v.

Jerry W. COOK, M.D., Respondent.

No. WD 51818.

Missouri Court of Appeals,
Western District.

Submitted Oct. 23, 1996.

Decided Feb. 11, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 1, 1997.

Application to Transfer Denied
May 27, 1997.

Roy W. Brown, Kearney, for appellant.

J. Michael Shaffer, Kansas City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

**ORDER**

PER CURIAM:

Rebecca Lawhorn appeals an adverse judgment in her medical malpractice action against Jerry W. Cook, M.D., contending the trial court should have granted her a new trial in view of alleged discovery violations by the defendant.

We hold that plaintiff has failed to show that the trial court erred. The decision is without precedential value. A memorandum has been furnished to the parties as to the reasoning of the court.

The judgment is affirmed. Rule 84.16(b).